IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **BRIAN TODD SMITH,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:25-cv-00315-ALM |
| | § | |
| **MCAFEE, LLC,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

### DEFENDANT MCAFEE, LLC'S AMENDED CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rules of Civil Procedure 7.1, Defendant McAfee, LLC ("McAfee") provides the following information:

1. Defendant does not have a parent corporation that is a publicly held corporation owning 10% or more of its stock.

2. The following list of persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities are financially interested in the outcome of the case:

   a. Brian Todd Smith, Plaintiff;

   b. Francis S. Nathan and Nathan Law Firm PLLC, Counsel for Plaintiff;

   c. M. Forest Nelson and Burt Barr & Associates LLP, Counsel for Plaintiff;

   d. McAfee, LLC, Defendant;

   e. Barb McClennen Lorenz and Matthew Swanger, Littler Mendelson, P.C., Counsel for Defendant;

   f. McAfee JVCo GP, LLC;

   g. McAfee JVCo, LP;

    h.  McAfee TopCo, Inc.;

    i.  McAfee Intermediate, Inc.;

    j.  McAfee BidCo, Inc.;

    k.  McAfee Corp.;

    l.  McAfee Intermediate Holdco Inc.;

    m.  McAfee Holdings Subsidiary 2, Inc.;

    n.  McAfee BL I Holdings, LLC;

    o.  McAfee BL II Holdings, LLC;

    p.  McAfee BL I, LLC;

    q.  McAfee BL II, LLC;

    r.  McAfee BL III, LLC;

    s.  McAfee Holdings Subsidiary 3, Inc.;

    t.  MAC Group Holdings, LLC;

    u.  McAfee Acquisition Corp.;

    v.  Skyhigh Networks Acquisition Corp.;

    w.  Skyhigh Networks Holdings Corp.;

    x.  Foundation Technology Worldwide LLC;

    y.  McAfee Finance 1, LLC;

    z.  McAfee Holdco Fin 2 Corp.; and

    aa.  McAfee Finance 2, LLC.

Dated: April 25, 2025

Respectfully submitted,

*s/ Barb McClennen Lorenz*
Barb McClennen Lorenz
Texas Bar No. 24102171
blorenz@littler.com
Matthew Swanger
Texas Bar No. 24100286
mswanger@littler.com

LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Dallas, Texas 75201-2931
Telephone: 214.880.8100
Facsimile: 214.880.0181

**ATTORNEYS FOR DEFENDANT MCAFEE, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, the foregoing document was electronically filed in the above and foregoing with the Clerk of the Court, utilizing the ECF system, which sent notification of such filing to the following:

Francis S Nathan
State Bar No. 24077353
NATHAN LAW FIRM PLLC
2140 E. Southlake Blvd.
Suite L-704
Southlake, Texas 76092
nathan@nathanlaw.us

M. Forest Nelson
State Bar No. 14906905
BURT BARR & ASSOCIATES, LLP
203 E. Colorado Blvd.
Dallas, Texas 75203
fnelson@bbarr.com

*s/ Barb McClennen Lorenz*
Barb McClennen Lorenz

4915-0230-9691 / 105518.1030