# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN TODD SMITH | § | |
| | § | |
| v. | § | Civil Action No. 4:25-CV-315 |
| | § | (Judge Mazzant/Judge Durrett) |
| | § | |
| MCAFEE, LLC | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 9, 2026, the Magistrate Judge entered a Report (Dkt. #35) recommending that Defendant's Rule 12(b)(6) Partial Motion to Dismiss Plaintiff's Original Complaint and Brief in Support (Dkt. #7) be granted. No Party filed objections to the Report.

Accordingly, having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant's Rule 12(b)(6) Partial Motion to Dismiss Plaintiff's Original Complaint and Brief in Support (Dkt. #7) is **GRANTED**.

**IT IS SO ORDERED.**

**SIGNED this 24th day of March, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE